IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) CRIM. ACTION: 1:23-00101-KD-MU |
| | ) |
| **ADRIAN LEMOYNE LACEY,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the Court on the post-trial motion filed by Defendant Adrian Lemoyne Lacey stylized as "Motion for New Trial[] and Motion to Appoint Counsel/Attorney." (Doc. 328). On May 23, 2024, the jury returned a unanimous guilty verdict as to Counts One, Two, Fourteen, Fifteen, Sixteen, Seventeen, and Eighteen of the Indictment. (Docs. 320, 321). Lacey requests an evidentiary hearing to show that his attorney, Thomas Wood, "was ineffective and so incompetent that his performance fell below the reasonable standard required by the Sixth Amendment to render a fair trial." (Doc. 328 at 1).

Here, Lacey is still represented by counsel (Thomas Wood), making this an improper pro se filing by a represented party. See S.D. Ala. GenLR 5(a)(3) ("For filings by represented parties, at least one attorney appearing in the action shall sign each document filed."); U.S. v. LaChance, 817 F.2d 1491, 1498 (11th Cir. 1987) ("It is the law of this circuit that the right to counsel and the right to proceed *pro se* exist in the alternative and the decision to permit a defendant to proceed in hybrid fashion rests in the sound discretion of the trial court."). Moreover, to the extent that Lacey requests a new trial, this motion is untimely under Fed. R. Crim. Pro. 33. Per Rule 33, "Any motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days after the verdict or finding of guilty." Here, the jury returned its verdict on May 23, 2024,

(Doc. 320), while Lacey filed his motion on June 13.[1] Accordingly, this untimely, improper pro se filing by a represented party, (Doc. 328), is **STRICKEN**. Lacey's request to appoint new counsel is set for a hearing on **July 18, 2024**, at **1:30 p.m.** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, AL 36602. The United States Marshal is **DIRECTED** to produce the Defendant for this hearing.

        **DONE** and **ORDERED** the **20th** day of **June 2024**.

> /s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] Under the "prison mailbox rule," the Court deems a motion filed at the time it is delivered to prison or jail officials for mailing. See Haywood v. Green, No. 1:21-CV-1112, 2023 WL 6303027, at *3 n.1 (N.D. Ala. Sep. 27, 2023). Absent evidence to the contrary "in the form of prison logs or other records," it is assumed that the motion was delivered to prison authorities on the date that it was signed. Washington v. U.S., 243 F.3d 1299, 1301 (11th Cir. 2001) (per curiam).